UNION PACIFIC RAILWAY COMPANY *v.* TAGGART. Error to the Circuit Court of the United States for the District of Colorado. No. 212. Argued with 211.

This case depends upon the same facts as the one previously decided, and is controlled by the decision of that case, and the judgment of the court below is, therefore,

*Affirmed.*